UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In Re Kobalt Music Publishing America, Inc. Coordinated Copyright Cases**

*This filing relates to*:

All Coordinated Cases

24-cv-05454 (ER) (BCM)
24-cv-05455 (JAV) (BCM)
24-cv-05456 (AKH)(BCM)
24-cv-05457 (JGK) (BCM)
24-cv-05458 (VM) (BCM)
24-cv-05459 (JAV) (BCM)
24-cv-05460 (LJL) (BCM)
24-cv-05462 (GHW)(BCM)
24-cv-05463 (JLR) (BCM)
24-cv-05464 (JGK) (BCM)
24-cv-05465 (GHW)(BCM)
24-cv-05466 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of defendants' letter-motion to seal, dated March 3, 2025, and filed in all twelve coordinated cases. The Court cannot deny the letter-motion as unsupported absent proof that it was served upon non-party TuneSat LLC. If they have not done so already, defendants are directed to promptly notify TuneSat that it must file, within three court days, a letter explaining the need to seal the materials at issue (*see* Moses Ind. Prac. § 3(f)), and file proof of service of that notice on the docket.

Dated: New York, New York
March 4, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**