UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTIST PUBLISHING GROUP, LLC dba APG, a Delaware Limited Liability Company; KASZ MONEY, INC., a New York Corporation; KMA ASSETS I LP, a Delaware Limited Partnership; KMA ASSETS II LIMITED, a United Kingdom Private Limited Company; KOBALT MUSIC PUBLISHING AMERICA, INC. dba KMPA, a Delaware Corporation; MXM MUSIC AB dba MXM, a Swedish Limited Liability Company; NOTTING HILL MUSIC, INC, a New York Corporation; and PRESCRIPTION SONGS, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>THE DENVER NUGGETS LIMITED PARTNERSHIP dba DENVER NUGGETS, a Delaware Limited Partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 24-cv-05455-JAV<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Artist Publishing Group, LLC d/b/a APG, Kasz Money, Inc., KMA Assets I LP, KMA Assets II Limited, Kobalt Music Publishing America, Inc. d/b/a KMPA, MXM Music AB d/b/a MXM, Notting Hill Music, Inc., and Prescription Songs, LLC (collectively, "Plaintiffs") and Defendants The Denver Nuggets Limited Partnership d/b/a Denver Nuggets ("DN"), and Does 1-10 (collectively "Defendants") hereby notify the Court that all claims between them have been resolved. As such, the parties jointly stipulate to the dismissal with prejudice of all claims in this matter.

Each party shall bear its own costs, expenses, and attorneys' fees incurred in this matter, and each party knowingly and voluntarily waives any right, arising under 35 U.S.C. § 285 or

otherwise, to make a claim for any costs, attorneys' fees or other expenses associated with the matters settled by this Joint Stipulation of Dismissal.

STIPULATED AND AGREED TO this 3rd day of April 2025.

*[signature]*
Frank R. Trechsel
Douglas L. Johnson
**Johnson & Johnson LLP**
439 N. Canon Dr., Suite 200
Beverly Hills, California 90210
Tel.: (310) 975-1080
Fax: (310) 975-1095
djohnson@jjllplaw.com
dlifschitz@jjllplaw.com

*[signature]*
Anthony R. Motta
**Anthony Motta, Esq.**
211 East 43rd Street, 7th Floor
New York, New York 10017
Tel.: (914) 589-5356
Amotta@anthonymotta.com

*Attorneys for Plaintiffs*

*[signature]*
David S. Slovick
**Barnes & Thornburg LLP**
390 Madison Avenue, 12th Floor
New York, New York 10017
Tel: (646) 746-2000
Fax: (646) 746-2001
David.Slovick@btlaw.com

Anna Kalinina (*admitted pro hac vice*)
Benjamin T. Pendroff
**Barnes & Thornburg LLP**
2121 N. Pearl Street, Suite 700
Dallas, TX 75201-2469
Tel.: (214) 258-4200
Fax: (214) 258-4199
Anna.kalinina@btlaw.com
bpendroff@btlaw.com

William Craver (*admitted pro hac vice*)
**Barnes & Thornburg LLP**
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 284-3771
Facsimile: (310) 284-3894
Email: wcraver@btlaw.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____ 2025.

_____
Hon. Jeannette A. Vargas
United States District Judge