

390 Madison Avenue, FL 12
New York, NY 10017-25099 U.S.A.
(646) 746-2000
Fax (646) 746-2001

www.btlaw.com

David Slovick
Partner
(646) 746-209
DSlovick@btlaw.com

May 2, 2025

Hon. Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:    *In Re Kobalt Music Publishing America, Inc. Coordinated Copyright Cases*
              This filing relates to: All Coordinated Cases

Dear Judge Moses:

    Pursuant to Section 9 of the Coordinated Scheduling Order, the Parties hereby submit this Joint Status Letter in advance of the status conference set for May 13, 2025 at 10:00 a.m.

    The Parties participated in a global mediation of the Coordinated Cases on February 4, 2025. Since that time, all of the Coordinated Cases have settled. Although the parties are still negotiating the terms of their settlement agreements, all of the Coordinated Cases except for Case No. 1:24-cv-05454-ER-BCM have been closed. Accordingly, the parties jointly seek an adjournment of the May 13 status conference.

                                                                              Respectfully submitted,

                                                                              */s/ David Slovick*
                                                                              David Slovick
                                                                              *Counsel for Defendants*

                                                                              AND

                                                                              */s/ Douglas L. Johnson*
                                                                              Douglas L. Johnson
                                                                              *Counsel for Plaintiffs*

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan | Minneapolis | Nashville | New Jersey
New York | North Carolina | Ohio | Philadelphia | Salt Lake City | San Diego | Washington, D.C.